| | |
|---|---|
| 1 | Damien R. Meyer (#021935) |
|  | Michael J. Minnaugh (#021937) |
| 2 | Matthew H. Mason (#025616) |
|  | RIDENOUR, HIENTON & LEWIS, P.L.L.C. |
| 3 | 201 N. Central Ave., Suite 3300 |
|  | Phoenix, Arizona 85004-1052 |
| 4 | Phone: (602) 254-9900 / Fax: (602) 254-8670 |
|  | Firm E-Mail: designatedcontact@rhlfirm.com |
| 5 | Attorney E-Mail: dmeyer@rhlfirm.com |
|  | mminnaugh@rhlfirm.com |
| 6 | mmason@rhlfirm.com |
| 7 | Attorneys for Defendant Daniel Hiralez |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ESTÉE LAUDER COSMETICS LTD., a Canadian corporation; and MAKE-UP ART COSMETICS INC., a Delaware corporation, | NO. 2:13-cv-00634-HRH |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | (Assigned to the Honorable H. Russell Holland) |
| GET YOUR MAC ON LLC, an Arizona limited liability company; YVONNE VITALE aka CARMELIA YVONNE VITALE, a single female; and DANIEL HIRALEZ, a single man; and BLACK & WHITE CORPORATIONS I-X, | |
| Defendants. | |

**RIDENOUR, HIENTON & LEWIS, P.L.L.C.**, by **DAMIEN R. MEYER, MICHAEL J. MINNAUGH** and **MATTHEW H. MASON**, Chase Tower, 201 North Central Avenue, Suite 3300, Phoenix, Arizona 85004, (602) 254-9900, hereby notice their appearance as Attorneys of Record for Defendant **DANIEL HIRALEZ**. Copies of all future correspondence and pleadings should be directed to the following at address above:

Damien R. Meyer
Michael J. Minnaugh
Matthew H. Mason

1    **DATED** this 11th day of October, 2013.

2                                                RIDENOUR, HIENTON & LEWIS, P.L.L.C.

By /s/ Matthew H. Mason
Matthew H. Mason
201 N. Central Ave., Suite 3300
Phoenix, Arizona 85004-1052
Attorneys for Defendant Daniel Hiralez

**ORIGINAL** of the foregoing e-filed this 12th day of October, 2013, with:

U.S. District Court, District of Arizona

**COPY** of the foregoing mailed this 12th day of October, 2013, to:

Alexandra Mijares Nash
William August Richards
BADE BASKIN RICHARDS PLC
80 E. Rio Salado Pkwy., Suite 511
Tempe, AZ 85281
Attorneys for Plaintiffs

Kenneth M. Motolenich-Salas
Michael B. Dvoren
WEISS & MOY PC
4204 N. Brown Ave.
Scottsdale, AZ 85251
Attorneys for Defendant Yvonne Vitale

By: */s/ Charlene Brechtel*

402256;25122-0001