## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Estée Lauder Cosmetics Ltd., et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | CV-13-634-PHX-HRH |
| | ) | |
| v. | ) | |
| | ) | |
| Get Your MAC On, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\_\_\_    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 22, 2015, judgment is hereby entered in favor of plaintiffs and against defendants Get Your MAC On, LLC and Yvonne Vitale in the amount of $1,862,604.24.  Defendants are permanently enjoined from further infringing on any of the M•A•C intellectual property.

January 22, 2015

BRIAN D. KARTH
District Court Executive/Clerk

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)