1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Estée Lauder Cosmetics Limited, et al.,              **NO. CV-13-00634-PHX-HRH**

10                              Plaintiffs,

11  v.                                                          **AMENDED JUDGMENT**
                                                                **IN A CIVIL CASE**
12  Get Your MAC On LLC, et al.,

13                              Defendants.

14

15      **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17      IT IS ORDERED AND ADJUDGED that pursuant to the Court Orders filed

18  January 22, 2015 and March 13, 2015, an amended judgment is hereby entered in favor

19  of plaintiffs and against defendants Get Your MAC On, LLC and Yvonne Vitale a/k/a

20  Carmelia Yvonne Vitale in the amount of $1,862,604.24 plus $73,696.00 in attorney fees.

21  Defendants are permanently enjoined from further infringing on any of the M•A•C

22  intellectual property.

23                                                  Brian D. Karth
                                                    District Court Executive/Clerk of Court
24

25  March 13, 2015

26                                                  s/ L.Figueroa
                                          By        Deputy Clerk
27

28